**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

JEANNETTE LEVETAS PAULEY,   Case No. 24-32478-KRH
                            Chapter 7
    Debtor.

**ORDER REVOKING PRIVILEGE OF THOMAS WATSON, ESQUIRE, TO PRACTICE BEFORE THE BANKRUPTCY COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>**

On December 5, 2024, this Court entered an *Order for Thomas Watson to Show Cause Why He Should Not Be Disciplined for Violating Order Holding Him in Contempt of Court and Imposing Sanctions,* which matter was to be heard before this Court on January 8, 2025 [ECF 55]. After hearing several matters brought by the United States Trustee in the instant case, and in Case No. 24-mp-00301, the Court subsequently entered an *Order Continuing Hearing*[1] [ECF 68]. Due to an emergency closure of the courthouse on January 16, 2025, the matter was ultimately heard before this Court on January 21, 2025. Counsel for the United States Trustee was present; however, Mr. Watson did not appear at the hearing.

As this Court has previously found Mr. Watson in contempt and imposed monetary sanctions in the amount of $1,000.00 [ECF 40], which amount was never paid as indicated by the Statement of Default filed by the United States Trustee [ECF 51], and based upon Mr. Watson's repeated failure to appear abide by orders entered by this Court and to appear at

---

[1] The signature block on the Order Continuing Hearing reflects that Thomas Watson, Esquire ("Mr. Watson") authorized counsel for the United States Trustee to affix his electronic endorsement through an email dated January 4, 2025.

Kathryn R. Montgomery, AUST (VSB 42380)
Shannon Pecoraro, Esq. (VSB 46864)
Nisha R. Patel, Esq. (VSB 83302)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

hearings held before this Court, and the Court having found that notice is proper, its jurisdiction over this case and matter is proper, venue is proper, this is a core proceeding, and that it is right and just to do so, for the reasons stated on the record in open court, it is hereby

      **ORDERED** that Mr. Watson's privilege to practice before the Bankruptcy Court for the Eastern District of Virginia is **REVOKED**; and it is furth

      **ORDERED** that the Clerk shall immediately terminate Mr. Watson's CM/ECF access rights; and it is further

      **ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties on the attached Copy List.

DATED: April 7, 2025

/s/ Kevin R. Huennekens

Notice of entry: April 7, 2025

I ask for this:

MATTHEW W. CHENEY[2]
ACTING UNITED STATES TRUSTEE, REGION 4

By: /s/ Kathryn R. Montgomery
Kathryn R. Montgomery (VSB No. 42380)
Shannon Pecoraro, Esq. (VSB No. 46864)
Nisha R. Patel, Esq. (VSB No. 83302)
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Kathryn.Montgomery@usdoj.gov

---

[2] On January 10, 2025, Gerard R. Vetter resigned as acting United States Trustee and Matthew W. Cheney replaced him as the acting United States Trustee for Region 4. Pursuant to Rules 7025 and 9014(c) of the Federal Rules of Bankruptcy Procedure and Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Cheney is automatically substituted for Mr. Vetter as a party.

2

**CERTIFICATION**

I hereby certify that this Order has either been served on or signed by all necessary parties.

/s/ Kathryn R. Montgomery
Kathryn R. Montgomery

**Copy List:**

Thomas Watson, Esquire
3213 Duke Street, STE 673
Alexandria, VA 22314

Thomas Watson, Esquire
Recovery Law Group
3900 Westerre Pkwy, Suite 300
Richmond, VA 23233

Djibril Sorgho
7113 John Marshall Mews
Ruther Glen, VA 22546

William Anthony Broscious, Chapter 7 Trustee
P.O. Box 71180
Henrico, VA 23255

Michael Robert DeRemer
7401 Lewis Tyler Lane
Charles City, VA 23030

Cathy Lynn DeRemer
7401 Lewis Tyler Lane
Charles City, VA 23030

Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Ste 202
Richmond, VA 23226

Matthew Ryan Poe
5951 Wensleydale Drive
New Kent, VA 23124

Heather Marie Poe
5951 Wensleydale Drive
New Kent, VA 23124

Trisha Lynn Linderman
7102 Branched Antler Court
Midlothian, VA 23112

Jennifer J. West, Chapter 7 Trustee
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Jeannete Levetas Pauley
2625 Hungary Spring Rd
Henrico, VA 23294

JoAnn Elizabeth Russell
4532 Sauk Ave.
San Diego, CA 92117

Peter J. Barrett, Chapter 7 Trustee
1021 East Cary Street, Suite 810
Richmond, VA 23219

Shawn Corigan Lee
775 Mosquito Point Rd
White Stone, VA 22578

Jennifer Rebecca Poulston
11127 Farmville Rd
Farmville, VA 23901

3